
SLIP OPINION

Cite as 2013 Ark. 414

# SUPREME COURT OF ARKANSAS

**Opinion Delivered** October 10, 2013

IN RE AMENDMENT OF RULE 2 OF THE ARKANSAS RULES FOR MINIMUM CONTINUING LEGAL EDUCATION

**PER CURIAM**

The following amendment to Rule 2 of the Arkansas Rules for Minimum Continuing Legal Education was drafted by our Arkansas Continuing Legal Education Board. We wish to express our gratitude to the chairman, Lynn Lisk, as well as to all the members of the Arkansas Continuing Legal Education Board.

Today, we adopt new section (E) to Rule 2 of the Arkansas Rules for Minimum Continuing Legal Education. This amendment is effective immediately.

(E) Readmission/Reinstatement:

(1) An attorney who is re-admitted to the Bar of Arkansas following voluntary resignation, voluntary surrender in lieu of discipline, or order of disbarment shall be required by the end of the next year's reporting period following the attorney's readmission to acquire thirty-six (36) hours of accredited continuing legal education, with at least three (3) of the required hours being in ethics.

(2) This thirty-six (36) hour requirement shall also apply to any attorney who is reinstated by the Board of Law Examiners following non-payment of license fees for a period of more than three (3) years and to attorneys whose license has been suspended by the Committee on Professional Conduct for a period of at least three (3) years.